UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AVA WISEMAN for
MAURICE CUMMINGS,

Plaintiff,

v.

BURGER KING and
MR. SORENSON,

Defendant.

Civil 01-1556 (ADM/AJB)

**REPORT AND RECOMMENDATION**

Plaintiff commenced this action by filing a complaint and an application seeking leave to proceed in forma pauperis ("IFP"). (Docket Nos. 1 and 2.) Upon examining Plaintiff's submissions, this Court found that Plaintiff's complaint does not state a claim on which relief can be granted. Therefore, by order dated September 7, 2001, (Docket No. 3), the Court informed Plaintiff that her IFP application would not be granted "at this time." The Court's order further informed Plaintiff that she would have twenty days to file an amended complaint, and that if she failed to do so, it would be recommended that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

The deadline for complying with the Court's prior order has now passed. To date, however, Plaintiff has not submitted an amended complaint, nor has she contacted or communicated with the Court in any way. Therefore, it is now recommended, in accordance with the Court's prior order, that Plaintiff be deemed to have abandoned this action, and that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b). See Link v. Wabash Railroad Co., 370 U.S. 626, 630-31 (1962) (recognizing that

OCT 0 2 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

a federal court has the inherent authority to "manage [its] own affairs so as to achieve the orderly and expeditious disposition of cases").

Based upon the above, and upon all the records and proceedings herein,

IT IS HEREBY RECOMMENDED that:

This action be **DISMISSED WITHOUT PREJUDICE**.

Dated: ~~September~~ October 2nd, 2001

ARTHUR J. BOYLAN
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this report and recommendation by filing with the Clerk of Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief with ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.