UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AVA WISEMAN for
MAURICE CUMMINGS,

Plaintiff,

v.

BURGER KING and
MR. SORENSON,

Defendant.

Civil No. 01-1556 ADM/AJB

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated October 2, 2001, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. This action be **DISMISSED WITHOUT PREJUDICE**.

DATED: November 8, 2001.

Ann D. Montgomery
U. S. District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK